UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-1118-AG(MLGx) | Date | September 20, 2011 |
|---|---|---|---|
| Title | DANIEL OCHOA v ROBERT LOPEZ, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court on its own motion, hereby ORDERS Plaintiff(s) to show cause in writing no later than September 29, 2011 why this action should not be dismissed for lack of prosecution.

Alternatively, it will be a sufficient response to this OSC to file on or before the OSC date in this paragraph one of the following:

• AO 120 or AO 121 form

Plaintiff(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time.  Stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

NO oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:   0

Initials of Preparer
　　　　　　　　　　　　　　　　　　　　　lmb